

# NUMBER 13-15-00615-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**JUAN ANGEL GUERRA,**                                      **Appellant,**

**v.**

**FABIAN LIMAS AS RECEIVER OF 10164
WEST EXPRESSWAY 83, LA FERIA, TEXAS,**        **Appellee.**

### On appeal from the 404th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellant, Juan Angel Guerra, attempted to perfect an appeal from the trial court's order denying his motion to recuse the trial court judge in trial court cause number 2014-DCL-883-G. Because this order is not an appealable order, we dismiss for want of jurisdiction.

Upon review of the documents before the Court, it appeared that the order from which this appeal was taken was not an appealable order. On March 3, 2016, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be dismissed. Appellant failed to respond to the Court's notice.

In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An order denying a motion to recuse may be reviewed only on appeal from a final judgment. *See* TEX. R. CIV. P. 18a(j)(1)(a).

The Court, having fully reviewed and considered the documents herein, concludes that the order appealed from fails to invoke our appellate jurisdiction and is of the opinion that the cause should be dismissed. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a).


PER CURIAM

Delivered and filed this the
5th day of May, 2016.

2